In the Matter of AMERICAN FIBRE CHAIR SEAT CORPORATION.

WILLIAM DAUM et al., Appellants; ARTHUR J. KINSMAN, Respondent.

(Submitted December 7, 1934; decided December 31, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 416.)

In the Matter of ACE MAIL ADVERTISING, INC., Respondent, v. HARRY NEWGOLD, Appellant.

(Submitted January 2, 1935; decided January 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 298.)

In the Matter of FRANK W. ECKELS, as Executor of FRANK ELLER, Deceased, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

(Submitted January 2, 1935; decided January 8, 1935.)

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 545.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK WATER SERVICE CORPORATION, Appellant, v. JOHN P. HENNESSEY et al., Constituting the State Tax Commission, Respondents.

(Submitted January 2, 1935; decided January 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 609.)